Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES HEALY, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>CVS HEALTH CORPORATION,<br><br>    Defendant. | CASE NO. 2:22-mc-00065-JCC<br><br>STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO EXTEND CERTAIN DEADLINES<br><br>NOTED ON MOTION CALENDAR:<br>August 5, 2022 |

The parties, by and through their counsel, hereby submit the following stipulated motion, and respectfully request the Court's approval of the same, to adjust the briefing schedule for Plaintiff James Healy's ("Plaintiff") Motion to Compel Defendant CVS Health Corporate ("Defendant") to Comply with Deposition Subpoena (Dkt. No. 13).

**STIPULATED MOTION**

Plaintiff's Motion to Compel was filed on July 28, 2022 and is currently noted for August 12, 2022. The parties have agreed to extend the briefing schedule on the Motion to Compel by one week to allow Defendant additional time to respond. The parties propose the following briefing schedule for Plaintiff's Motion to Compel and respectfully request that the Court enter the same:

STIPULATED MOTION AND ORDER GRANTING
EXTENSION OF CERTAIN DEADLINES - 1
(No. 2:22-mc-00065-JCC)
#5212502 v1 / 73758-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

- August 15, 2022: Deadline for Defendant's Response.
- August 19, 2022: Deadline for Plaintiff's Reply.
- August 19, 2022: Noting Date for Plaintiff's Motion to Compel.

Dated this 5th day of August 2022.

| KARR TUTTLE CAMPBELL | TERRELL MARSHALL LAW GROUP PLLC |
|---|---|
| *s/ Brett A. Elliott* <br> Brett A. Elliott, WSBA #51157 <br> 701 Fifth Avenue, Suite 3300 <br> Seattle, WA 98104 <br> Phone: 206-223-1313 <br> Fax: 206-682-7100 <br> Email: belliott@karrtuttle.com <br><br> Elizabeth Zamora Meraz, *Pro Hac Vice (Pending)* <br> Krystina L. Johnson, *Pro Hac Vice (Pending)* <br> NIXON PEABODY LLP <br> 70 W. Madison, Suite 5200 <br> Chicago, IL 60190 <br> Email: ezmeraz@nixonpeabody.com <br> Kjonsson@nixonpeabody.com <br><br> *Attorneys for Defendant CVS Health Corporation* | *s/ Beth E. Terrell* <br> Beth E. Terrell, WSBA #26759 <br> Adrienne McEntee, WSBA #34061 <br> Jennifer R. Murray, WSBA #36983 <br> 936 North 34th Street, Suite 300 <br> Seattle, WA 98103 <br> Phone: 206-816-6603 <br> Fax: 206-319-5450 <br> Email: bterrell@terrellmarshall.com <br> amcentee@terrellmarshall.com <br> jmurray@terrellmarshall.com <br><br> *Attorneys for Plaintiff James Healy* |

STIPULATED MOTION AND ORDER GRANTING
EXTENSION OF CERTAIN DEADLINES - 2
(No. 2:22-mc-00065-JCC)
#5212502 v1 / 73758-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED. The briefing schedule for Plaintiff's Motion to Compel is as follows:

- August 15, 2022: Deadline for Defendant's Response.
- August 19, 2022: Deadline for Plaintiff's Reply.
- August 19, 2022: Noting Date for Plaintiff's Motion to Compel.

So ORDERED this 5th day of August 2022.

*/s/ John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER GRANTING
EXTENSION OF CERTAIN DEADLINES - 3
(No. 2:22-mc-00065-JCC)
#5212502 v1 / 73758-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

## **CERTIFICATE OF SERVICE**

I, Luci Brock, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Ave., Suite 3300, Seattle, WA 98104. On this day, I caused a true and correct copy of the foregoing document to filed with the Court and to be served on the parties listed below in the manner indicated.

| | |
|---|---|
| Beth E. Terrell, WSBA #26759<br>Adrienne McEntee, WSBA #34061<br>Jennifer R. Murray, WSBA #36983<br>TERRELL MARSHALL LAW GROUP PLLC<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>Phone: 206-816-6603<br>Fax: 206-319-5450<br>Email: bterrell@terrellmarshall.com<br>          amcentee@terrellmarshall.com<br>          jmurray@terrellmarshall.com<br>*Attorneys for Plaintiff James Healy* | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☒ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |
| James A Francis<br>FRANCIS MAILMAN SOUMILAS PC<br>1600 Market Street Ste 2510<br>Philadelphia, PA 19103<br>215-735-8600<br>Fax: 215-940-8000<br>Email: jfrancis@consumerlawfirm.com<br>*Attorneys for Plaintiff James Healy* | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☒ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |

STIPULATED MOTION AND ORDER GRANTING
EXTENSION OF CERTAIN DEADLINES - 4
(No. 2:22-mc-00065-JCC)
#5212502 v1 / 73758-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

| | |
|---|---|
| Elizabeth Zamora Meraz, *Pro Hac Vice (Pending)* | ☐ Via U.S. Mail |
| Krystina L. Johnson, *Pro Hac Vice (Pending)* | ☐ Via Hand Delivery |
| NIXON PEABODY LLP | ☒ Via Electronic Mail |
| 70 W. Madison, Suite 5200 | ☐ Via Overnight Mail |
| Chicago, IL 60190 | ☒ CM/ECF via court's website |
| Email: ezmeraz@nixonpeabody.com | |
| Kjonsson@nixonpeabody.com | |

*Attorneys for Defendant CVS Health Corporation*

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Executed on this 5th day of August, 2022, at Seattle, Washington.

*s/Luci Brock*
Luci Brock
Litigation Legal Assistant

STIPULATED MOTION AND ORDER GRANTING
EXTENSION OF CERTAIN DEADLINES - 5
(No. 2:22-mc-00065-JCC)
#5212502 v1 / 73758-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100